Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**ED HULL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>           Plaintiff,<br><br>     v.<br><br>1833 DALY INVESTORS, LLC, a California limited liability company; and DOES 1-10,<br><br>           Defendants. | Case No.: 2:21-cv-03415-MCS-AGR<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF 1833 DALY INVESTORS, LLC**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

   Plaintiff Ed Hull requests that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant 1833 Daly Investors LLC, from Plaintiff's Complaint, Case Number 2:21-cv-

03415-MCS-AGR. The parties herein reached settlement of the present action. Each party will be responsible for their own fees and costs.

Dated: May 28, 2021          **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Peter Shahriari
 Peter Shahriari, Esq.
 Attorneys for Plaintiff, Ed Hull

PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF 1833 DALY INVESTORS, LLC